No. 492, Misc.   TINNIN v. HEINZE, WARDEN; and

No. 514, Misc.   ROBERTS v. McGEE, DIRECTOR.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 496, Misc.   CROSS v. ILLINOIS;

No. 510, Misc.   IN RE LIQUOR CONTROL COMMISSION OF CONNECTICUT; and

No. 511, Misc.   IN RE NEWSTEAD.   Motions for leave to file petitions for writs of mandamus denied.   *William L. Beers,* Deputy Attorney General of Connecticut, for petitioner in No. 510.

No. 730.   SCHWARTZ v. TEXAS.   Court of Criminal Appeals of Texas.   Certiorari granted.   *Maury Hughes* for petitioner.   *Price Daniel,* Attorney General of Texas, and *Calvin B. Garwood, Jr.,* Assistant Attorney General, for respondent.

No. 729.   JOHNSON, ADMINISTRATRIX, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co.   C. A. 2d Cir.   Certiorari granted, limited to the issue raised as to the application of Rule 50 (b) of the Rules of Civil Procedure.   *Jacquin Frank* for petitioner.   *Edward R. Brumley* for respondent.